IAN M. SAMMIS
Attorney at Law
Cal. State Bar #45883
1108 Tamalpais Avenue #1
San Rafael, CA 94901
Tel.: 415-457-4200

Attorney and Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM J. POWERS, | ) |
| Plaintiffs, | ) CIVIL No.: C-06-05423 MJJ |
| vs. | ) STIPULATION AND ORDER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) GRANTED |
| Defendant. | ) |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Plaintiff has an extension of 30 days after entry of this Order to file his motions in this case.

    IT IS SO STIPULATED:

///

///

///

POWERS, STIP.Ext of Time
C 06-05423 MJJ

Dated: December 20, 2006

Signed /Ian M. Sammis/
_____
IAN M. SAMMIS
Attorney for Plaintiff

Dated: December 27, 2006

___Signed /Sara Winslow_____
SARA WINSLOW
ASSISTANT U.S. Attorney
 And Attorney for the Commissioner

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   1/3/2007   ~~December _____, 2006~~

_____
MARTIN J. JENKINS
United States District Judge

POWERS, STIP.Ext of Time
C 06-05423 MJJ

1 Dated: December 20, 2006

2

3 Signed /Ian M. Sammis

4 IAN M. SAMMIS
Attorney for Plaintiff
5

6 Dated: December 27, 2006

7

8 Signed /Sara Winslow

9 SARA WINSLOW
ASSISTANT U.S. Attorney
10 And Attorney for the Commissioner

11

12
ORDER
13

14 PURSUANT TO STIPULATION, IT IS SO ORDERED.

15 Dated: December          , 2006

16

17

18 _____
MARTIN J. JENKINS
19 United States District Judge

20

POWERS, STIP.Ext of Time
C 06-05423 MJJ

TOTAL P.01