1  IAN M. SAMMIS
   Attorney at Law
2  Cal. State Bar #45883
   1108 Tamalpais Avenue #1
3  San Rafael, CA 94901
   Tel.: 415-457-4200
4
   Attorney and Plaintiff
5

6                  UNITED STATES DISTRICT COURT

7                 NORTHERN DISTRICT OF CALIFORNIA

                     SAN FRANCISCO DIVISION
8  WILLIAM  J. POWERS,                    )
9              Plaintiffs,                 )  CIVIL No.: C-06-05423 SI
                                           )
10        vs.                              )        STIPULATION AND ORDER
                                           )
11 JO ANNE B. BARNHART,                    )
   Commissioner of Social Security,        )
12                                         )
                                           )
13            Defendant.                    )
   _____
14
       IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to
15
   the approval of the Court, that Plaintiff has an extension of 30 days after entry of this Order to
16
   file his opposition to Defendant's cross-motion for summary judgment in this case.
17

18         IT IS SO STIPULATED:

19

20

21 ///

22

23

24 ///

25

26

27

28 ///

   POWERS, STIP.Ext of Time
   C 06-05423 SI

Dated:  April 9, 2007


Signed /Ian M. Sammis/

_____

IAN M. SAMMIS
Attorney for Plaintiff


Dated:  April  11, 2007


___Signed /Sara Winslow/_____
SARA WINSLOW
ASSISTANT U.S. Attorney
  And Attorney for the Commissioner


                              ORDER


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   April                , 2007



_____

SUSAN ILLSTON
United States District  Judge

POWERS, STIP.Ext of Time
C 06-05423 SI

Dated: April 9, 2007

Signed /Ian M. Sammis/

IAN M. SAMMIS
Attorney for Plaintiff

Dated: April 1/ , 2007

Signed /Sara Winslow

SARA WINSLOW
ASSISTANT U.S. Attorney
 And Attorney for the Commissioner

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April              , 2007

SUSAN ILLSTON
United States District Judge

POWERS, STIP.Ext of Time
C 06-05423 SI