IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM J. POWERS,

        Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security.

        Defendant.
                             /

No. C 06-5423 SI

**JUDGMENT**

    This action has been remanded to the Commissioner of Social Security for further proceedings. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:   September 28, 2007

                                                     SUSAN ILLSTON
                                                     United States District Judge