United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE GIPSON,<br><br>    Petitioner,<br><br>  v.<br><br>TERESA SCHWARTZ, warden,<br><br>    Respondent.<br>                                    / | No. C 06-5463 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

Respondent has filed an ex parte application for a 60-day extension of time to respond to the petition for writ of habeas corpus. Having considered the application and the accompanying declaration of attorney Jeremy Friedlander, the court GRANTS respondent's application. Respondent must file and serve his response to the petition for writ of habeas corpus no later than **August 24, 2007**. Petitioner must file and serve his traverse no later than **September 28, 2007**.

IT IS SO ORDERED.

DATED: June 15, 2007

                                                                                    _Susan Illston_
                                                                                   SUSAN ILLSTON
                                                                 United States District Judge