IAN M. SAMMIS
Attorney at Law
Cal. State Bar #45883
1108 Tamalpais Avenue, #1
San Rafael, CA 94901
Tel.: 415-457-4200

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WILLIAM J. POWERS,
    Plaintiff,
vs.
MICHAEL J. ASTRUE,
Commissioner, Social Security Administration,
    Defendant.

CIVIL No.: C-06-05423 SI

PLAINTIFF REQUESTS HEARING DATE DEFERRAL

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that as soon as counsel may be heard by the Honorable SUSAN ILLSTON in the Northern District of California Court located at 450 Golden Gate Avenue, Court Room 10, 19TH Floor, San Francisco, California in the above-entitled case. Plaintiff, WILLIAM J. POWERS, will and hereby, does request this Court grant deferral of the scheduled hearing on July 10, 2009 to July 31, 2009 at 9 a.m. on the matter of a request for 406(b) attorney's fees before the Court. The reason for the deferral is to accommodate Plaintiff's counsel's "already scheduled" out-of-area appointments.

This motion to request deferral of a hearing until late July is based on this notice; the attached memorandum of points and authorities; the pleadings and Court's Orders; the Court's file, and upon such additional documentary and/or oral evidence as may be presented to this Court.

Dated: June 17, 2009

Respectfully submitted,

Signed /Ian M. Sammis/
IAN M. SAMMIS
Attorney for William J. Powers


IT IS SO ORDERED
Judge Susan Illston

CV-05-05423 SI      REQUEST HEARING DEFERRAL TO LATER DATE    Page 1 of 1