IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. POWERS, | No. C 06-5423 SI |
| Plaintiff, | **ORDER RE: PLAINTIFF'S PETITION FOR ATTORNEYS' FEES PURSUANT TO 42 U.S.C. § 406(b)** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff's counsel has filed a petition for attorneys' fees pursuant to 42 U.S.C. § 406(b). The petition is scheduled for a hearing on July 31, 2009. The government asserts that the amended petition is deficient because it refers to exhibits that are not attached to the amended petition. However, those exhibits were attached and filed in connection with the original petition (Docket No. 47). If the government wishes to file a supplemental response addressing those exhibits, the government may do so no later than **July 22, 2009**. In addition, it is unclear from the filings whether plaintiff's counsel has served a copy of the amended petition, with all exhibits, on plaintiff. Because the § 406(b) fee award is payable from funds withheld from plaintiff's past-due benefits, plaintiff should receive a copy of the fee petition. Accordingly, plaintiff's counsel is directed to file a proof of service on plaintiff Powers of the complete petition, with exhibits, no later than **July 22, 2009**. The July 31, 2009 hearing is VACATED, and the Court will rule on the petition based on the papers submitted.

**IT IS SO ORDERED.**

Dated: July 15, 2009

SUSAN ILLSTON
United States District Judge