IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. POWERS,<br><br>    Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br><br>    Defendant.<br>_____/ | No. C 06-5423 SI<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION FOR ATTORNEYS' FEES** |

On October 6, 2009, the Clerk directed plaintiff's counsel to file complete copies of all of the attachments to Docket No. 47. A complete copy of those attachments is necessary to resolve plaintiff's pending motion for attorneys' fees. As of October 26, 2009, plaintiff has not filed the documents, nor has counsel otherwise responded to the Clerk's notice.

Accordingly, the Court DENIES WITHOUT PREJUDICE plaintiff's motion for attorneys' fees. Plaintiff may renew the motion if plaintiff files a complete copy of all attachments. (Docket No. 51).

**IT IS SO ORDERED.**

Dated: October 26, 2009

                                              SUSAN ILLSTON<br>
                                              United States District Judge