**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. POWERS, | No. C 06-5423 SI |
|       Plaintiff, | **SECOND ORDER DENYING WITHOUT PREJUDICE MOTION FOR ATTORNEYS' FEES** |
|   v. | |
| JO ANNE B. BARNHART, | |
|       Defendant. / | |

Plaintiff's counsel has filed several motions for attorneys' fees, and has repeatedly been informed by the Court that the accompanying exhibits are incomplete. Most recently, plaintiff's counsel filed Exhibit D to the Ragnes Declaration (Docket No. 62), which contains only the first 5 pages of the 19-page November 25, 2008 Social Security Administration decision.[1] After receipt of the most recent incomplete motion, the Court's Clerk contacted plaintiff's counsel by email and instructed him to refile a complete Exhibit D no later than November 20, 2009. To date, plaintiff's counsel has not filed a complete copy of Exhibit D.

Accordingly, the Court DENIES WITHOUT PREJUDICE plaintiff's motion for attorneys' fees. Plaintiff may renew the motion if plaintiff files a complete copy of the November 25, 2008 Social Security Administration decision. (Docket No. 61).

**IT IS SO ORDERED.**

Dated: November 30, 2009

SUSAN ILLSTON
United States District Judge

---

[1] Inexplicably, numerous exhibits to the Ragnes Declaration appear to have been intentionally filed upside-down.